# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| MARCUS SMALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:24-cv-00479-TSL-RPM |
| | ) |
| CENTRAL TRANSPORT LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE OF FIRST
## REQUESTS FOR PRODUCTION OF DOCUMENTS

**TO:** All Counsel of Record

Pursuant to L.U.CIV.R. 5(d)(3), notice is hereby given that on December 3, 2024, I served upon counsel of record the following discovery:

### First Interrogatories and Requests for
### Production of Documents to Plaintiff

I acknowledge my responsibilities as the custodian of the original of the document identified above.

Respectfully submitted this the 4th day of December, 2024.

                                          */s/ Tammy L. Baker*
                                          Tammy L. Baker (MS Bar No. 104034)
                                          tammy.baker@jacksonlewis.com
                                          **JACKSON LEWIS P.C.**
                                          800 Shades Creek Parkway, Suite 870
                                          Birmingham, Alabama 35209
                                          Phone: 205-332-3106

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 4th day of December, 2024, I served a copy of the foregoing by filing this electronically with the Court, which automatically sends notice to:

Louis H. Watson, Jr., Esq.
Nick Norris, Esq.
Jane Ashley Watson, Esq.
WATSON & NORRIS, PLLC
4209 Lakeland Drive #365
Flowood, MS 39232-9212

                                            */s/ Tammy L. Baker*
                                            Counsel of Record

4904-6870-6307, v. 1