# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | |
|---|---|
| MARCUS SMALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:24-cv-00479-TSL-RPM |
| | ) |
| CENTRAL TRANSPORT LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE OF AMENDED FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS

**TO:** All Counsel of Record

Pursuant to L.U.CIV.R. 5(d)(3), notice is hereby given that on December 4, 2024, I served upon counsel of record the following discovery:

### Amended First Interrogatories and Requests for Production of Documents to Plaintiff

I acknowledge my responsibilities as the custodian of the original of the document identified above.

Respectfully submitted this the 4th day of December, 2024.

        */s/ Tammy L. Baker*
        Tammy L. Baker (MS Bar No. 104034)
        tammy.baker@jacksonlewis.com
        **JACKSON LEWIS P.C.**
        800 Shades Creek Parkway, Suite 870
        Birmingham, Alabama  35209
        Phone:  205-332-3106

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 4th day of December, 2024, I served a copy of the foregoing by filing this electronically with the Court, which automatically sends notice to:

Louis H. Watson, Jr., Esq.
Nick Norris, Esq.
Jane Ashley Watson, Esq.
WATSON & NORRIS, PLLC
4209 Lakeland Drive #365
Flowood, MS 39232-9212

                                                */s/ Tammy L. Baker*
                                                Counsel of Record

4900-3938-5347, v. 1