# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | |
|---|---|
| MARCUS SMALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:24-cv-00479-TSL-RPM |
| | ) |
| CENTRAL TRANSPORT LLC, | ) |
| | ) |
| Defendant. | ) |

## **NOTICE OF APPEARANCE**

Yvonne N. Maddalena of the firm of Jackson Lewis P.C. hereby gives notice of her appearance as counsel of record for Defendant Central Transport LLC ("Defendant") in the above-styled action. Copies of all future correspondence, dockets, orders or any other documents pertaining to this action or said defendant should be delivered, mailed or electronically transmitted to the undersigned at the address stated below.

Respectfully submitted this 2nd day of January, 2025.

*/s/ Yvonne N. Maddalena*
Tammy L. Baker (MS Bar No. 104034)
tammy.baker@jacksonlewis.com
Direct Dial: 205-332-3106
Yvonne N. Maddalena (MS Bar No. 106666)
Yvonne.Maddalena@jacksonlewis.com
Direct Dial: 205-332-3118
**JACKSON LEWIS P.C.**
800 Shades Creek Parkway, Suite 870
Birmingham, Alabama 35209

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this the 2nd day of January, 2025, I served a copy of the foregoing by filing this electronically with the Court, which automatically sends notice to:

Louis H. Watson, Jr., Esq.
Nick Norris, Esq.
Jane Ashley Watson, Esq.
WATSON & NORRIS, PLLC
4209 Lakeland Drive #365
Flowood, MS 39232-9212

                                 */s/ Yvonne N. Maddalena*
                                 Counsel of Record